SEALED

# United States District Court

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

__NORTHERN__ DISTRICT OF __TEXAS__   2018 SEP 12 PM 3: 11

DEPUTY CLERK ____

UNITED STATES OF AMERICA

V.   **WARRANT FOR ARREST**

PHILLIP CORTEZ (aka "Iceberg")   CASE NUMBER: 3-18-MJ- **591-BH**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PHILLIP CORTEZ (aka "Iceberg") and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, in and affecting interstate commerce, engage in the sex trafficking of a minor child,

in violation of Title __18__, United States Code, Section (s) __1591(a) and (b)(2)__.

IRMA CARRILLO RAMIREZ
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

August 30, 2018, Dallas, TX
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Office

---

RETURN  FID - 10684123

This warrant was received and executed with the arrest of the above named defendant at
TARRANT COUNTY (TEXAS) JAIL
1200 LAMAR ST FT WORTH, TX 76116

| DATE RECEIVED 9/10/2018 | NAME AND TITLE OF ARRESTING OFFICER S/A J. KOCHAN #7507 HSI DALLAS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |