ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 SEP 26 AM 10: 58
DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | **3-18CR-486-S** |
| PHILLIP CORTEZ<br>a/k/a "ICEBERG" | |

### INDICTMENT

The Grand Jury charges:

Count One
Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a)(1))

Beginning in or about March 2017 and continuing through in or about June 13, 2017, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Phillip Cortez**, also known as "Iceberg," in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and obtain by any means a person, namely, Jane Doe 3, who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe 3, that Jane Doe 3 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(2).

## Forfeiture Notice
## (18 U.S.C. § 1594(d))

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 18 U.S.C. § 1594(d), the defendant, **Phillip Cortez**, also known as "Iceberg," shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
CARA PIERCE
Texas Bar No. 24036579
REBEKAH RICKETTS
Texas Bar No. 24074883
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8800
Email: cara.pierce@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

PHILLIP CORTEZ
a/k/a "ICEBERG"

INDICTMENT

18 U.S.C. § 1591(a)(1)
Sex Trafficking of Children
(Count 1)

18 U.S.C. § 1594(d)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                FOREPERSON

Filed in open court this 26 day of September, 2018.

---

**Defendant in Federal Custody since 09/10/2018.**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3-18-MJ-0591-BH